AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

SCOTT KOLLER, AN INDIVIDUAL, ON BEHALF OF HIMSELF, THE GENERAL PUBLIC, AND THOSE SIMILARLY SITUATED

*Plaintiff*

WEST BAY ACQUISTIONS, LLC; CHRISTOPHER RUNCI, LLC; CHRISTOPHER RUNCI; TODD HARRAK

*Defendant*

Civil Action No. C12-00117

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* WEST BAY ACQUISTIONS, LLC; CHRISTOPHER RUNCI, LLC; CHRISTOPHER RUNCI; TODD HARRAKA

1540 PONTIAC AVE, SUITE A
CRANSTON, RI 02920


COPY

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   SETH A. SAFIER, ESQ. (SBN 197427)
GUTRIDE SAFIER LLP
835 DOUGLASS ST.
SAN FRANCISCO, CALIFORNIA 94114
415-336-6545 (SETH@GUTRIDESAFIER.COM)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN - 6 2012

CYNTHIA LENAHAN
*Signature of Clerk or Deputy Clerk*

FAXED