1 | **GUTRIDE SAFIER LLP**
2 | ADAM J. GUTRIDE (State Bar No. 181446)
  | SETH A. SAFIER (State Bar No. 197427)
3 | 835 Douglass Street
  | San Francisco, California 94114
  | Telephone: (415) 336-6545
4 | Facsimile: (415) 449-6469

5 | Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, AN INDIVIDUAL, ON BEHALF OF HIMSELF, THE GENERAL PUBLIC, AND THOSE SIMILARLY SITUATED, | CASE NO. 12-cv-00117 (CRB) |
| PLAINTIFF, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE LEAVE TO CONDUCT JURISDICTONAL DISCOVERY AND FILE SECOND AMENDED COMPLAINT |
| V. | Judge: Hon. Charles R. Breyer |
| WEST BAY ACQUISTIONS, LLC; CHRISTOPER RUNCI, LLC; CHRISTOPHER RUNCI; TODD HARRAKA, INCLUSIVE, | |
| DEFENDANTS. | |

## STIPULATION AND PROPOSED ORDER

Pursuant to United States District Court, Northern District of California Local Rule 7-11, Plaintiff Scott Koller ("Plaintiff") and Defendants West Bay Acquisitions, LLC, Christopher Runci, LLC, Christopher Runci, and Todd Harraka (collectively "Defendants"), by and through their respective counsel of record, stipulate and request as follows:

WHEREAS, Plaintiff filed his Complaint on January 6, 2012;

WHEREAS, Defendants were served with the Complaint on January 10, 2012;

WHEREAS, Defendants moved to dismiss on March 2, 2012 (Dkt.# 15);

WHEREAS, this Court issued an order granting in part and denying in part Defendant's motion to dismiss on April 9, 2012, with leave to amend (Dkt.# 21);

WHEREAS, Plaintiff filed a first amended complaint on May 3, 2012 (Dkt.# 22);

WHEREAS, Defendants filed a second motion to dismiss on May 23, 2012 (Dkt.## 30, 31);

WHEREAS, this Court issued an order granting in part and denying in part Defendants' second motion to dismiss on July 11, 2012 (Dkt.# 39);

WHEREAS, in the July 11 order, the Court dismissed, without prejudice, Plaintiff's claims as to Defendants Christopher Runci and Todd Harraka, but granted 60-days leave to conduct jurisdictional discovery and, if desired, file a second amended complaint (Id.);

WHEREAS, the parties' discovery efforts are subject to numerous disputes, which will likely necessitate a motion to compel;

WHEREAS, the parties have agreed to hold in abeyance their discovery disputes pending the outcome of Court ordered mediation, which is currently scheduled for September 21; and

WHEREAS, the parties desire to continue the 60-day deadline for Plaintiff to conduct jurisdictional discovery and, if desired, file a second amended complaint until after their September 21 mediation.

THEREFORE, the parties jointly stipulate that Plaintiff shall have until, and including, November 20, 2012 to conduction jurisdiction discovery and, if desired, file a second amended complaint.

In accordance with N.D. Cal. General Order No. 45, Section X, the filer of this document

1  hereby attests that the concurrence to the filing of this document has been obtained from the other
2  signatory hereto.
3  Dated: September 11, 2012

ELLIS LAW GROUP, LLP

By  /s/
    Andrew Steinheimer
    Attorney for Defendants
    WEST BAY ACQUISTIONS, LLC;
    CHRISTOPHTER RUNCI, LLC; CHRISTOPHER
    RUNCI AND TODD HARRAKA

Dated: September 11, 2012

GUTRIDE SAFIER, LLP

By  /s/
    Seth Safier
    Attorney for Plaintiff
    SCOTT KOLLER

1  Having reviewed the foregoing Stipulation submitted by the parties and good cause
2  appearing therefore, the Court hereby adopts the terms set forth above as the Order of the Court.
3  IT IS SO ORDERED.

5  DATED: __September 14_, 2012



HON. CHARLES R. BREYER
COURT JUDGE

1