Andrew M. Steinheimer - 200524
Lindsey N. Heaton - 269688
ELLIS LAW GROUP, LLP
740 University Avenue, Suite 100
Sacramento, CA  95825
Tel: (916) 283-8820
Fax: (916) 283-8821
mellis@ellislawgrp.com
asteinheimer@ellislawgrp.com
lheaton@ellislawgrp.com

Attorneys for Defendants WEST BAY ACQUISTIONS, LLC; CHRISTOPHTER RUNCI, LLC; CHRISTOPHER RUNCI; AND TODD HARRAKA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| SCOTT KOLLER, an individual, on behalf of himself, the general public, and those similarly situated,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WEST BAY ACQUISITIONS, LLC; CHRISTOPTHER RUNCI, LLC; CHRISTOPHER RUNCI; TODD HARRAKA, inclusive,<br><br>　　　　Defendants. | Case No.:  12-CV-00117 (CRB)<br><br>**[PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME TO FILE OPPOSITION AND REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES** |

　　　　Pursuant to the stipulation of the parties, Defendants shall have an extension to November 29, 2012 to file and serve their Opposition to Plaintiff's Motion to Compel Production of Documents and Interrogatory Responses. Additionally, Plaintiff shall have an extension to December 5, 2012 to file and serve his Reply to Defendants' Opposition. The hearing on Plaintiff's Motion to Compel Production of Documents and Interrogatory responses shall be continued to December 13, 2012 at 9:00 a.m.

　　　　/ / /

- 1 -

IT IS SO ORDERED.

Dated: November 5, 2012         By _____
                                Hon. Jacqueline Scott Corley
                                United States Magistrate Judge

[PROPOSED] ORDER CONTINUING HEARING DATE AND EXTENDING TIME TO FILE OPPOSITION AND REPLY TO OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND INTERROGATORY RESPONSES