GUTRIDE SAFIER LLP
ADAM J. GUTRIDE (State Bar No. 181446)
adam@gutridesafier.com
SETH A. SAFIER (State Bar No. 197427)
835 Douglass Street
seth@gutridesafier.com
KRISTEN SIMPLICIO (State Bar No. 263291)
kristen@gutridesafier.com
San Francisco, California 94114
Telephone: (415) 271-6469
Facsimile:  (415) 449-6469

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SCOTT KOLLER, AN INDIVIDUAL, ON BEHALF OF HIMSELF, THE GENERAL PUBLIC, AND THOSE SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>WEST BAY ACQUISTIONS, LLC; CHRISTOPER RUNCI, LLC; CHRISTOPHER RUNCI; TODD HARRAKA, inclusive,<br><br>Defendants. | CASE NO. 12-cv-00117 (CRB)<br><br>[PROPOSED] ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE<br><br>Judge:  Hon. Charles R. Breyer |

On December 4, 2012, the parties filed a joint stipulation for dismissal with prejudice. Having carefully considered the joint stipulation, the Court is of the opinion that it should be GRANTED. The Court hereby dismisses, with prejudice, Plaintiff Scott Koller's claims against Defendants West Bay Acquisitions, LLC, Christopher Runci, LLC, Christopher Runci, and Todd Harraka.

IT IS SO ORDERED

Dated: December 10, 2012



_____
Honorable Charles R. Breyer, United States

[Proposed] Order Granting Stipulation for Dismissal With Prejudice – CASE NO. 12-CV-00117 (CRB)

1